433 F.2d 363
 UNITED STATES of America, Plaintiff-Appellee,
v.
Worthy Curt POGUE, Defendant-Appellant.
 No. 29926 Summary Calendar.*
*Rule 18, 5th Cir., See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431
 
 F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Nov. 9, 1970.
 Radney & Morris, Tom Radney, Alexander City, Ala., for defendant-appellant.
 Ira De Ment, U.S. Atty., D. Broward Segrest, Asst. U.S. Atty., Montgomery, Ala., for plaintiff-appellee.
 Appeal from the United States District Court for the Middle District of Alabama; Virgil Pittman, District Judge.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.[1] See also Brown v. United States, 5 Cir., 1968, 401 F.2d 769; Anderson v. United States, 5 Cir., 1968, 403 F.2d 206; Shoffeitt v. United States, 5 Cir., 1968, 403 F.2d 991, cert. denied, 393 U.S. 1084, 89 S.Ct. 868, 21 L.Ed.2d 777 (1969).
 
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966